■ HARRIS E. WEBERMAN, Appellant, v MARTIN SHAER, Respondent.— Order, Supreme Court, New York County, entered on January 9, 1979, unanimously affirmed, without costs and without disbursements and without prejudice to such other action as plaintiff may deem appropriate. No opinion. Concur—Kupferman, J. P., Birns, Fein, Bloom and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DABNEY HALL, Appellant.—Judgment, Supreme Court, New York County, rendered on October 20, 1977, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Fein, Bloom and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES RAMSUER, Also Known as ROBERT RAMSUER and CHARLES RAMSVER, Appellant.—Judgment, Supreme Court, New York County, rendered on December 9, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Bloom and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PALLARES, Appellant.—Judgment, Supreme Court, New York County, rendered on October 13, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Bloom and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES McDONALD, Appellant.—Judgment, Supreme Court, New York County, rendered on October 27, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Birns, Fein, Bloom and Lupiano, JJ.

■ SANDRA R. QUINONES, Appellant, v JEAN VALIQUETTE et al., Respondents, et al., Defendants.—Order, Supreme Court, New York County, entered on November 6, 1978, unanimously affirmed for the reasons stated by Nadel, J., at Special Term, without costs and without disbursements. Concur —Birns, J. P., Fein, Sullivan, Markewich and Lupiano, JJ.